# Third District Court of Appeal

## State of Florida

Opinion filed March 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-16
Lower Tribunal No. 13-37976

_____

**AM-RO Holdings, LLC,**
Appellant,

vs.

**State Farm Mutual Automobile Insurance Co.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Henriques Law + Mediation Group, P.A., and G.O.L. Henriques, for appellant.

Cooney Trybus Kwavnick Peets, PLC, and Warren B. Kwavnick (Fort Lauderdale), for appellee.

Before FERNANDEZ, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> Fla. Stat. § 627.4136(1) (2019) ("It shall be a condition precedent to the accrual or maintenance of a cause of action against a liability insurer by a person not an insured under the terms of the liability insurance contract that such person shall first obtain a settlement or verdict against a person who is an insured under the terms of such policy for a cause of action which is covered by such policy.").